UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN SANTIAGO,

    Plaintiff,

v.     CASE NO. 6:06-cv-1165-Orl-19JGG

JEFF ASHTON, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 10, 2006, the Court ordered Plaintiff to file an amended complaint (Doc. No. 4). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.    This case is hereby **DISMISSED** without prejudice.

2.    The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this __11th__ day of September, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

sa 9/11
Jonathan Santiago